# Exhibit A

*CommWorks Solutions, LLC v.  VTech Holdings Limited*

**U.S. Patent No. 7,177,285 – VTech Devices Supporting Wi-Fi Protected Setup (WPS)**

The following claim chart includes illustrations, diagrams, and references relating to VTech devices with Wi-Fi Protected Setup (WPS) functionality, including, as a non-limiting example, VTech VNT832 4-Port Ethernet Router, VTech VNT846 AC1600 Wi-Fi Router, VTech VNT814 4-Port Ethernet Router, etc. Various components cited herein are intended to illustrate theories of infringement and are not intended to exclude other components used in VTech devices from allegations of infringement. Upon information and belief, including based on public information, information appearing on VTech's website, and various standard documents, other accused VTech devices similarly infringe, including those products that may be identified through discovery. Accordingly, the infringement contentions, and evidence of infringement, set forth in these charts apply to each Accused VTech device, including those products that may be identified through discovery.

To the extent that multiple cases of infringement are set forth in the below chart, if no reference is made to a specific case with respect to a claim or claim element, the evidence of infringement applies to all cases of infringement set forth for that claim, or the claim(s) on which that claim depends.

To the extent there are any differences between the accused instrumentalities and the following claim elements, any such differences are insubstantial, and the claim(s) is infringed under the doctrine of equivalents.

April 24, 2025                                                                                                    Exhibit A - 1 of 20

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| 1[a] | A process for provisioning between a wireless device and a network, comprising the steps of: | VTech performs, via its Wi-Fi Protected Setup ("WPS") compatible devices, a process for provisioning between a wireless device and a network. |
| | | For example, VTech devices, such as the exemplary VTech VNT832 4-Port Ethernet Router, VTech VNT846 AC1600 Wi-Fi Router, VTech VNT814 4-Port Ethernet Router, etc., implement Wi-Fi Protected Setup ("WPS") between a wireless device (enrollee) and a network, for example, a Wireless Local Area Network ("WLAN"). |
| | | *See, e.g.,* |

| Claim | Claim Element | Evidence of Infringement |
|-------|---------------|--------------------------|
|       |               | Go to **businessphones.vtech.com** to register your product for enhanced warranty support and the latest VTech product news.  VNT832 4-Port Ethernet Router |

| Claim | Claim Element | Evidence of Infringement |
|-------|---------------|--------------------------|
|       |               |  |

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | <br>https://cdn-media.vtechphones.com/media/p/document2/products/%7BB99EE82E-96C4-4AB0-B88E-99FE39A74DBC%7D/VNT832_WEBCIB_Rev-1_20161206.pdf, *VTech VNT832 4-Port Ethernet Router, (yellow box added)* |

| Claim | Claim Element | Evidence of Infringement |
|-------|---------------|--------------------------|
|       |               |  |

| Claim | Claim Element | Evidence of Infringement |
|-------|---------------|--------------------------|
|       |               |  |

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
|  |  | **1 – 2.4G 🛜 Wi-Fi button**<br><br>• Press to turn the 2.4G Wi-Fi on or off.<br>• After turning on the Wi-Fi, press and hold for 10 seconds to start the Wireless Protected Setup (WPS).<br><br>**2 – 5G 🛜 Wi-Fi button**<br><br>• Press to turn the 5G Wi-Fi on or off.<br>• After turning on the Wi-Fi, press and hold for 10 seconds to start the Wireless Protected Setup (WPS).<br><br>**Getting started**<br>**Router overview**<br><br>WPS **Wi-Fi light**<br><br>• Flashes green slowly the router is synchronizing security.<br>• Off when the WPS is not in progress.<br><br>https://fccid.io/EW780-0551-00/User-Manual/User-Manual-3212363.pdf, *VTech    VNT846 AC1600 WIFI ROUTER (yellow box added)* |

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | |  |

https://www.amazon.com/Vtech-AC1600-Dual-Band-WiFi/dp/B06Y163YSR, *VTech VNT846 AC1600 WIFI ROUTER (yellow box added)*

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | <br><br>https://cdn-web.vtp-media.com/media/p/document2/products/%7BA6D0B944-5C0B-41B4-B295-6FDA9B8C1489%7D/VNT814_WEBCIB_V2_20160219.pdf, *VTech VNT814 4-Port Ethernet Router, (yellow box added)* |

| Claim | Claim Element | Evidence of Infringement |
|-------|---------------|--------------------------|
|       |               |  |

| Claim | Claim Element | Evidence of Infringement |
|-------|---------------|--------------------------|
|  |  | **Product information**<br><br>**Technical Details**<br><br>︿ Summary<br><br>Wireless Type — 802.11bgn<br><br>︿ Other Technical Details<br><br>Brand — VTech<br>Item model number — VNT814<br>Operating System — Mac<br>Item Weight — 12.2 ounces<br>Product Dimensions — 2 x 9 x 5 inches<br>Item Dimensions LxWxH — 2 x 9 x 5 inches<br>Manufacturer — VTech Communications<br>ASIN — B01DKI13QS<br>Is Discontinued By Manufacturer — No<br>Date First Available — March 29, 2016<br><br>https://www.amazon.com/VTech-4-Port-Ethernet-Router/dp/B01DKI13QS, *VTech VNT814 4-Port Ethernet Router, (yellow box added)*<br><br>*See, for example*: WPS Specification: |

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | **Wi-Fi Protected Setup Specification**<br><br>**Version 1.0h**<br><br>**December 2006**<br><br>This document contains a proposal for easy, secure setup and introduction of devices into WPA-enabled 802.11 networks. It is intended to meet the requirements determined by the Wi-Fi Protected Setup working group in the Wi-Fi Alliance.<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 1 (CW_TECH_00001911).<br><br>*See also:*<br><br>PushButton Configuration (PBC): A configuration method triggered by pressing a physical or logical button on the Enrollee and on the Registrar.<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 11 (CW_TECH_00001921).<br><br>*See also:*<br><br>**Primary Usage Models**<br>1. Setting up a new secure WLAN, which includes Out of Box (Infrastructure mode only)<br>2. Interoperability with legacy APs<br>3. Adding new Member devices to the WLAN<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006 p. 7 (CW_TECH_00001917).<br><br>*See also:*<br><br>• Enrollee: A Device seeking to join a WLAN Domain. Once an Enrollee obtains a valid credential, it becomes a Member. |

| Claim | Claim Element | Evidence of Infringement |
|-------|---------------|--------------------------|
|       |               | . . .<br><br>• Registrar: An entity with the authority to issue and revoke Domain Credentials. A Registrar may be integrated into an AP, or it may be separate from the AP. A Registrar may not have WLAN capability. A given Domain may have multiple Registrars.<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 11 (CW_TECH_00001921) (yellow annotations added). |
| 1[b]  | tracking an operating parameter of the wireless device within a service area, wherein the operating parameter of the wireless device comprises an onset of a signal transmission of the wireless device; and | VTech tracks an operating parameter of the wireless device within a service area, wherein the operating parameter of the wireless device comprises an onset of a signal transmission of the wireless device.<br><br>For example, VTech devices track and monitor Probe Request {WSC IE, PBC}, wherein said Probe Requests include an onset of a signal transmission, *e.g.*, PBC operating parameter in the onset signal Probe Request {WSC IE PBC} transmitted from an in range wireless device (enrollee) seeking access to the network.<br><br>*See, e.g.,*<br><br>When an Enrollee is initialized, it looks for Beacons from APs and sends probe-requests with the WSC IE into either selected networks or into each network sequentially. It may also send probe-requests to each 802.11 channel with the WSC IE included. It looks for the WSC IE in probe-responses that it receives and can engage with one or more Registrars to further discover Registrar capabilities and to see if the user has selected a Registrar. The Enrollee should continue looking for selected Registrar flags in Beacons, probe-responses and any M2 messages and should cease scanning when it finds a Registrar indicating that it is prepared to configure it.<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 25 (CW_TECH_00001935).<br><br>*See also:* |

| Claim | Claim Element | Evidence of Infringement |
|-------|---------------|--------------------------|
|       |               | **2.2.3. Interface M**<br><br>Interface M is the interface between the AP and the Registrar. It enables an external Registrar to manage a Wi-Fi Protected Setup AP. Wi-Fi Protected Setup uses the same protocol for setting up the AP Management interface as for issuing Credentials to Enrollee devices.<br><br>**AP**<br><br>The AP implements Interface M by:<br><br>1. Acting as the Enrollee in the Registration Protocol, sending its own Discovery message across both 802.11 and UPnP. Support for at least three external Registrars is required.<br><br>2. Implementing the Management Interface described in the WFADevice and WFAWLANConfig Service documents. The AP is required to be a UPnP device that includes support for the Wi-Fi Protected Setup proxy service.<br><br>3. Monitoring 802.11 probe request and EAP messages from Enrollees and converting them to UPnP Event messages. It also accepts UPnP actions and converts them to EAP messages according to the proxy function described in the WFAWLANConfig Service document.<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 13 (CW_TECH_00001923) (yellow annotations added).<br><br>*See also:* |

The AP will be instructed by the Registrar to advertise its active PBC state. As long as the Enrollee's button is pressed before the Walk Time timeout, then the protocol proceeds in the same manner as when the buttons are pressed in the opposite order. Note that if the Registrar is internal to the AP, the UPnP messages may become simple library calls.

During implementation, the primary difference between the PBC method and the authenticated device password method is whether the Trigger event of the session comes from user's push button action or from device password (PIN) input. The protocol after M1 shall be identical. This protocol consistency reduces the implementation burden for Enrollee devices that support the PBC method in addition to the mandatory PIN method.



**Figure 11  PBC message exchange**

| Claim | Claim Element | Evidence of Infringement |
|-------|---------------|--------------------------|
| | | Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 80 (CW_TECH_00001990) (yellow annotations added). <br><br> *See also:* <br><br> • Enrollee: A Device seeking to join a WLAN Domain. Once an Enrollee obtains a valid credential, it becomes a Member. <br><br> . . . <br><br> • Registrar: An entity with the authority to issue and revoke Domain Credentials. A Registrar may be integrated into an AP, or it may be separate from the AP. A Registrar may not have WLAN capability. A given Domain may have multiple Registrars. <br><br> Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 11 (CW_TECH_00001921). |
| 1[c] | initiating provisioning of the wireless device if the tracked operating parameter occurs within a time interval. | VTech initiates provisioning of the wireless device if the tracked operating parameter occurs within a time interval. <br><br> For example, VTech WPS compatible devices initiate provisioning, such as by a Probe Response {WSC IE PBC} and subsequent Registration Protocol if the Probe Request {WSC IE PBC} from the wireless device (enrollee) occurs within the 120-second walk-time of the PBC active state of the WPS devices <br><br> *See, e.g.,* <br><br> When an Enrollee is initialized, it looks for Beacons from APs and sends probe-requests with the WSC IE into either selected networks or into each network sequentially. It may also send probe-requests to each 802.11 channel with the WSC IE included. It looks for the WSC IE in probe-responses that it receives and can engage with one or more Registrars to further discover Registrar capabilities and to see if the user has selected a Registrar. The Enrollee should continue looking for selected Registrar flags in Beacons, probe-responses and any M2 messages and should cease scanning when it finds a Registrar indicating that it is prepared to configure it. <br><br> Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 25 (CW_TECH_00001935). |

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
|  |  | ### 2.2.2. Interface E<br><br>This interface is logically located between the Enrollee and the Registrar (physically, the AP can work as a proxy to convey the messages).  The purpose of Interface E is to enable the Registrar to discover and issue WLAN Credentials to the Enrollee.  Interface E may include only WLAN communication or it may also include communication across an out-of-band channel.<br><br>**Enrollee**<br><br>The Enrollee implements Interface E by:<br><br>1. Including a Wi-Fi Protected Setup IE in 802.11 probe request messages.<br><br>2. Including a unique, randomly generated device password on a display or printed label.  The device password is used to authenticate the in-band exchange between the Registrar and Enrollee.<br>3. Optionally supporting one or more out-of-band channels for easier and more secure configuration.<br>4. Implementing the "Enrollee" part of the Registration Protocol (for more details, refer to section 2.3).<br>5. Optionally receiving ad-hoc probe-responses from wireless Registrars.<br><br>**Registrar**<br><br>The Registrar implements Interface E by:<br><br>1. Processing Enrollee (device or AP) Discovery data in Probe messages (for wireless Registrars) and/or UPnP (for IP-based Registrars).<br>2. Implementing the "Registrar" part of the Registration Protocol (for more details, see section 2.3).<br>3. Optionally supporting one or more out-of-band channels for easier and more secure configuration<br>4. Configuring the AP with the Enrollee's MAC address and Credential using Interface M if necessary<br>5. Responding to Enrollee Probe-Requests through Probe-Responses if Registrar is an AP or operating in ad-hoc mode.<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, pp. 12-13 (CW_TECH_00001922 - CW_TECH_00001923) (yellow annotations added). |

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | |  |



Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 77 (CW_TECH_00001987) (yellow annotations added).

*See also:*

> In this example, the user first pushes the button on the Enrollee and then goes to the Registrar to push the Registrar's button. The user must complete the second button push within Walk Time, a maximum of 120 seconds, or the Enrollee times-out and indicates failure. Similarly, if the user first pushes the Registrar button, the Enrollee button must be pushed within Walk Time or the Registrar will indicate failure.

Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 78 (CW_TECH_00001988).

*See also:*

| Claim | Claim Element | Evidence of Infringement |
|---|---|---|
| | | The AP will be instructed by the Registrar to advertise its active PBC state. As long as the Enrollee's button is pressed before the Walk Time timeout, then the protocol proceeds in the same manner as when the buttons are pressed in the opposite order. Note that if the Registrar is internal to the AP, the UPnP messages may become simple library calls.<br><br>During implementation, the primary difference between the PBC method and the authenticated device password method is whether the Trigger event of the session comes from user's push button action or from device password (PIN) input. The protocol after M1 shall be identical. This protocol consistency reduces the implementation burden for Enrollee devices that support the PBC method in addition to the mandatory PIN method.<br><br><br><br>**Figure 11  PBC message exchange**<br><br>Wi-Fi Protected Setup Specification, Version: 1.0h, December 2006, p. 80 (CW_TECH_00001990) (yellow annotations added). |