## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

COMMWORKS SOLUTIONS, LLC,          §
                                   §
            *Plaintiff,*            §
                                   §
v.                                 §        CIVIL ACTION NO.  2:25-CV-00433-JRG
                                   §
VTECH HOLDINGS LTD.,               §
                                   §
            *Defendant.*            §

## ORDER

Before the Court is the Notice of Voluntary Dismissal (the "Notice") filed by Plaintiff CommWorks Solutions, LLC. ("Plaintiff"). (Dkt. No. 8.) In the Notice, Plaintiff voluntarily dismisses this action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id.*) Defendant Vtech Holdings Ltd. ("Defendant") has not yet answered the Complaint or moved for summary judgment.

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims by Plaintiff against Defendant in the above-captioned action are **DISMISSED WITH PREJUDICE**.  Each party is to bear its own costs, expenses, and attorneys' fees.  All pending requests for relief not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** this case.

**So ORDERED and SIGNED this 8th day of July, 2025.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE